AO 256
(Rev. 2/86)

CRIMINAL DOCKET · U.S. District Court

RULE 20 Transfer In

| PO | 0147 | 05 | Assigned 1706 |
|---|---|---|---|
| Misd. | | | Disp./Sentence |
| Felony X | District | Off | Judge/Magistr. |

WRIT / JUVENILE / ALIAS

OFFENSE ON INDEX CARD

U.S. VS.

(LAST, FIRST, MIDDLE)

MILLER, Frazier Glenn

Case Filed Mo. Day Yr. 11 16 87

Docket No. 00057 Def. 01

No. of Def's

U.S. MAG. CASE NO

I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 26:5861(D) | Firearms & weapons (Ct.9) | 1 |

SUPERSEDING COUNTS

DISM. NG

II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest; sum'ns; custody; appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE: Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE 11/16/87

a) 1st appears on pending charge /R40
b) X Receive file R20/21
c) Supsdg: Ind Inf
d) Order New trial
e) Remand f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal; Pled guilty; Nolo; After N.G.; After nolo; Trial (voir dire) began; Jury; N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle | FINAL CHARGES DISMISSED on S.T. WOP on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

III. MAGIST

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE

PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled; Date Held

WAIVED / NOT WAIVED

INTERVENING INDICTMENT

Date of Arrest

OFFENSE (In Complaint)

ISSED R PRO- RICT

R PRO- BELOW

#25 due

Show last names and suffix numbers of other defendants on same indictment/information:

40 In X Out

ELEASE

CTMENT

ATTORNEYS

U. S. Attorney or Asst.

Defense: 1 X CJA. 2 Ret 3 Waived. 4 Self. 5 Non / Other

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

bond posted in case #87-31-01-Cr-5
115 Quail Rd., Lot 15
Wake Forest, NC 27587
or 302 S. 14th Ave.

Thomas C. Manning
P.O. Box 19348
Raleigh, NC 27619

AMOUNT SET $

Date Set

Bail Not Made

Date Bond Made

Fugitive; Pers. Rec.; PSA

Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other

POST--INDICTMENT

Release Date

Bail Denied

AMOUNT SET $

Date Set

Bail Not Made

Date Bond Made

Fugitive; Pers. Rec; PSA

Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other

70 days: 1/25/88

Acceptance of Plea: 1/4/88

FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO | Yr / Docket No / Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — PAGE ___ OF ___ | VI EXCLUDABLE DELAY: Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

11/16/87 — Rec'd entire record from Western District of Missouri consisting of:
1. Certified copy of Rule 20 consent to Transfer
2. Certified copy of Indictment
3. Ceertified copy of docket entries

Copy of transmittal letter sent to AUSA, USPO & Judge Britt along w/cy of Rule 20 consent & Indictment to Judge Britt

11/17/87 — According to Janice McBurney, Depty Clerk, WD/Missouri, Springfield Office, Miller is charged only in Ct. 9 of Indictment, despite the wording in Ct. 1

12/17/87 — **ISSUED NOTICE TO APPEAR** set for acceptance of plea on 1/4/88 at 9 A.M. in Raleigh, N.C. before Judge Britt lc: USA and Mr. Manning.

12/23/87 — **UNITED STATES SENTENCING MEMORANDUM** - **w/**attachments, w/cs Mr. Manning, lc: Judge Britt (Ent. 12-23-87)

**1-4-88** — **JUDGMENT AND PROBATION COMMITMENT ORDER-** At Raleigh, NC (C.R.-Donna Tomawski)

**Ct. 9** - Ten (10) years

The execution of the sentence of imprisonment is suspended and the deft. is placed on probation for a period of five (5) years. The period of probation shall be consecutive to the confinement poriton of the sentence served in case number 87-31-01-CR-5 and shall be upon the following terms and conditions:
1. that he comply with all local state and federal laws
2. that he comply with the rules and regulations of the probation office
3. that he not be a member of, or associate with any white supremacist organizaitons or support or associate in any say with anyone who is a member of such an organization
4. that he not possess any firearm or other dangerous weapon
5. that he continue his cooperation with the Department of Justice as required by his memorandum of plea in case #87-31-01-CR-5
6. that he pay a special assessment in the amount of $50.00
7. that he pay restitution to the U.S. Gov't such sum as may be approved as counsel fees or his court-appt. counsel said sum to be paid in equal monthly installments during the period of his probation.

The deft. is allowed to go under existing bond and to report at his own expense pending his reporting date to begin the service of his sentence. The Court orders that the deft be allowed to report to the institution designated by the Bureau of Prisons at 12 noon on the date designated by the USM which date shall not be prior to 2-16-88. **(Judge W. Earl Britt) O.B.#**35 **P.**285

**Cy:** AUSA, USM, USPO, Deft., Counsel, Judge Britt

Ent. jh

***1-4-88** — **AT RALEIGH, NC** Before Judge W. Earl Birtt (C.R.-Donna Tomawski)

Glenn Miller Charged in only Ct. 9
Deft. Sworn-deft competent-Rule 11 ocnducted
Memorandum of Plea Agreement
Arr - Guilty Ct. 9
Court satisfied with plea-factual basis exists
Bond - Same - Sent on this date at Ral, NC jh

CONTINUED TO PAGE



LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]



B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed'l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20, 21 or 40 or Mag Rule 6) [(1)(G)]



G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]



R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2 Case unusual or complex [(8)(B,ii)]



T3 Indictment ... arrest can't be ... in 30 days [(8)(B,iii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs FRAZIER, GLENN MILLER

87-57-01-CR-5

AO 256A

| Yr. | Docket No. | Def. |
|---|---|---|

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5/11/88 | GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE by gov. lc: Judge Britt **(Rule 35 motion filed only in case #87-31-01-CR-5)** ag | | | | |
| 9/20/88 | **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT"S MOTION FOR RECONSIDERATION FOR REDUCTION OF SENTENCE** w/cs lc: Judge Britt (35 motion in file #87-31-01-CR-5) | | | | |
| 2-2-94 | **ORDER OF THE COURT:**:(Britt) offender is discharged from supervision and proceedings in the case are terminated. cc: USA, USPO, OB. 54 pg. 306. | wsc | | | |

| Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | (Document No.) | | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |