AO 256 (Rev. 2/86)

# CRIMINAL DOCKET · U.S. District Court

**RULE 20 Transfer In** (LAST, FIRST, MIDDLE)

PO ☐ 0147 | 05 | Assigned 1706 Disp./Sentence
Misd. ☐
Felony ☒ | District | Off | Judge/Magistr.

☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD

U.S. vs. MILLER, Frazier Glenn

Case Filed: Mo. 11 Day 16 Yr. 87
Docket No. 00057  Def. 01

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. / N.G. |
|---|---|---|---|
| 26:5861(D) | Firearms & weapons (Ct.9) | 1 | |

## II. KEY DATE

- INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears—on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE — APPLICABLE: Indictment filed/unsealed, consent to Magr. trial on complaint, Information, Felony-W/waiver
- KEY DATE: 11/16/87 — b)☒ Receive file R20/21
- END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal, Pled guilty / Nolo, Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD/Nolle on S.T. | FINAL CHARGES DISMISSED

## III. MAGIST

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled / Date Held
☐ WAIVED  ☐ NOT WAIVED
☐ INTERVENING INDICTMENT

$25 due

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U. S. Attorney or Asst.

Defense: 1 ☒ CJA.  2 ☐ Ret  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other

bond posted in case #87-31-01-Cr-5
115 Quail Rd., Lot 15
Wake Forest, NC 27587
or 302 S. 14th Ave.

Thomas G. Manning
P.O. Box 19348
Raleigh, NC 27619

70 days: 1/25/88            Acceptance of Plea: 1/4/88

AMOUNT SET $ — Date Set — ☐ Bail Not Made — Date Bond Made
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST–INDICTMENT
Release Date — Bail ☐ Denied
AMOUNT SET $ — Date Set — ☐ Bail Not Made — Date Bond Made
☐ Fugitive ☐ Pers. Rec ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

☐ Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

### V. PROCEEDINGS

| DATE | PROCEEDINGS |
|---|---|
| 11/16/87 | Rec'd entire record from Western District of Missouri consisting of:<br>1. Certified copy of Rule 20 consent to Transfer<br>2. Certified copy of Indictment<br>3. Ceertified copy of docket entries<br>Copy of transmittal letter sent to AUSA, USPO & Judge Britt along w/cy of Rule 20 consent & Indictment to Judge Britt |
| 11/17/87 | According to Janice McBurney, Depty Clerk, WD/Missouri, Springfield Office, Miller is charged only in Ct. 9 of Indictment, despite the wording in Ct. 1 |
| 12/17/87 | **ISSUED NOTICE TO APPEAR** set for acceptance of plea on 1/4/88 at 9 A.M. in Raleigh, N.C. before Judge Britt lc: USA and Mr. Manning. |
| 12/23/87 | **UNITED STATES SENTENCING MEMORANDUM** - w/attachments, w/cs Mr. Manning, lc: Judge Britt (Ent. 12-23-87) |
| 1-4-88 | **JUDGMENT AND PROBATION COMMITMENT ORDER**- At Raleigh, NC (C.R.-Donna Tomawski)<br>Ct. 9 - Ten (10) years<br>The execution of the sentence of imprisonment is suspended and the deft. is placed on probation for a period of five (5) years. The period of probation shall be consecutive to the confinement poriton of the sentence served in case number 87-31-01-CR-5 and shall be upon the following terms and conditions:<br>1. that he comply with all local state and federal laws<br>2. that he comply with the rules and regulations of the probation office<br>3. that he not be a member of, or associate with any white supremacist organizaitons or support or associate in any say with anyone who is a member of such an organization<br>4. that he not possess any firearm or other dangerous weapon<br>5. that he continue his cooperation with the Department of Justice as required by his memorandum of plea in case #87-31-01-CR-5<br>6. that he pay a special assessment in the amount of $50.00<br>7. that he pay restitution to the U.S. Gov't such sum as may be approved as counsel fees or his court-appt. counsel said sum to be paid in equal monthly installments during the period of his probation.<br>The deft. is allowed to go under existing bond and to report at his own expense pending his reporting date to begin the service of his sentence. The Court orders that the deft be allowed to report to the institution designated by the Bureau of Prisons at 12 noon on the date designated by the USM which date shall not be prior to 2-16-88. **(Judge W. Earl Britt) O.B.#35 P. 285**<br>Cy: AUSA, USM, USPO, Deft., Counsel, Judge Britt<br>Ent. jh |
| *1-4-88 | **AT RALEIGH, NC** Before Judge W. Earl Birtt (C.R.-Donna Tomawski)<br>Glenn Miller Charged in only Ct. 9<br>Deft. Sworn-deft competent-Rule 11 ocnducted<br>Memorandum of Plea Agreement<br>Arr - Guilty Ct. 9<br>Court satisfied with plea-factual basis exists<br>Bond - Same - Sent on this date at Ral, NC jh |






| DATE | PROCEEDINGS (continued) | |
|---|---|---|
| 5/11/88 | GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE by gov. <br> lc: Judge Britt **(Rule 35 motion filed only in case #87-31-01-CR-5)** | ag |
| 9/20/88 | **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT"S MOTION FOR RECONSIDERATION FOR REDUCTION OF SENTENCE** w/cs <br> lc: Judge Britt  (35 motion in file #87-31-01-CR-5) | |
| 2-2-94 | **ORDER OF THE COURT::**(Britt)   offender is discharged from supervision and proceedings in the case are terminated.   cc: USA, USPO, OB. ____54____ pg. __30-6__ . | wsc |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days